UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DANIEL SMITH, RICHARD COHEN, WAYMON BLEVINS, VICKIE LYNN BLEVINS, DANA JONES, individually and on behalf of her minor child A.J., ANN LOVELL, and MATTHEW HAMMOND, on behalf of his minor child R.H., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALTY NETWORKS, LLC, and PRIME IMAGING, LLC<br><br>Defendants. | No. 1:24-cv-00286-CLC-CHS<br><br>Judge Curtis L. Collier |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT

Plaintiffs Daniel Smith, Richard Cohen, Waymon Blevins, Vickie Lynn Blevins, Dana Jones, individually and on behalf of her minor child A.J., Ann Lovell, and Matthew Hammond, on behalf of his minor child R.H. (collectively "Plaintiffs"), on behalf of themselves and the Settlement Class, respectfully submit this memorandum in support of their unopposed motion for preliminary approval of the Class Settlement.[1] Specifically, Plaintiffs request an order (1) conditionally certifying the proposed Class for the purpose of Settlement; (2) conditionally appointing Plaintiffs as Class Representatives; (3) affirming its appointment of J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC as Interim Lead Class Counsel; (4) approving the form and substance of the notice program; (5) preliminarily approving the Settlement as within range of possible final approval; and (6) appointing the settlement administrator and ordering it to conduct the notice program. Defendants have reviewed this motion and do not oppose.

---

[1] Capitalized terms shall carry the meaning ascribed to them in the Class Settlement Agreement.

In support, Plaintiffs include (1) the contemporaneously filed memorandum of points and authorities, (2) the Settlement Agreement and its exhibits attached hereto as Exhibit A, (3) and the Declaration of J. Gerard Stranch, IV.

Dated: May 21, 2025

Respectfully submitted by,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 023045)
Grayson Wells (BPR 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
amize@stranchlaw.com

***Attorneys for Plaintiffs and the Putative Class***

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on May 21, 2025, using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to counsel in the CM/ECF system. All counsel of record will also be notified via e-mail.

Jordan O'Donnell (admitted *pro hac vice*)
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4106
jsodonnell@mullen.law

Rocklan William King
ADAMS AND REESE LLP
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1041
rocky.king@arlaw.com

*Counsel for Defendants Specialty Networks, LLC and Prime Imaging, LLC*

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
